AO 440 (Rev. 8/01) Summons in a Civil Action    JUDGE CASTEL

# UNITED STATES DISTRICT COURT

Southern District of New York

New York Civil Liberties Union

V.

United States Department of Justice

SUMMONS IN A CIVIL ACTION

08 CIV 5674

CASE NUMBER:

TO: (Name and address of Defendant)

United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

U.S. ATTORNEY'S SDNY
JUN 24 2008
COPY RECEIVED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

~~Christoper Dunn~~ Daniel Freeman
New York Civil Liberties Union Foundation
125 Broad St. 19th Floor
New York, NY 10004
(212) 607-3300

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                   JUN 2 4 2008

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/24/08 |
| NAME OF SERVER (PRINT) Daniel J. Freeman | TITLE Liman Fellow, NYCLU |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Delivered to Lisa Ahearn, Civil Summons Clerk, Office of the United States Attorney, Southern District of New York, 86 Chambers St., New York, NY in accordance with FRCP 4(i)(1)(A)(i).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/25/08
                  Date                   Signature of Server

NYCLU 125 Broad St. 19th Floor
New York, NY 10004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.