MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ROSS E. MORRISON
Assistant United States Attorney
86 Chambers Street -- 3rd Floor
New York, New York 10007
Telephone: (212) 637-2691
Facsimile: (212) 637-2786

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEW YORK CIVIL LIBERTIES UNION, :

               Plaintiff, : **08 Civ. 5674 (PKC)**

   - against - : **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

UNITED STATES DEPARTMENT OF :
JUSTICE,
               Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                     **ECF CASE**

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney, counsel for defendant United States Department of Justice, respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
      July 1, 2008

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York
                                                Attorney for defendant United States
                                                 Department of Justice

                                         By: /s/   Ross E. Morrison
                                                ROSS E. MORRISON
                                                Assistant United States Attorney
                                                86 Chambers Street -- 3rd Floor
                                                New York, New York 10007
                                                Telephone: (212) 637-2691

TO:    Daniel J. Freeman, Esq.
         New York Civil Liberties Union
         125 Broad Street   19th Floor
         New York, New York 10004
         Counsel for plaintiff