

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 23, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

By Hand Delivery
The Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

RE: **New York Civil Liberties Union v. United States Department of Justice**, 08 Civ. 5674 (PKC)

Dear Judge Castel:

This Office represents defendant United States Department of Justice in the above-captioned action. I write to request an extension of time, from July 24, 2008, until August 6, 2008, for the Government to respond to the Complaint, which was served on June 24, 2008.

The reason for the requested extension is that the Federal Bureau of Investigation is still in the process of reviewing the allegations in the Complaint and providing me with information necessary to determine the Government's response.

Accordingly, the Government respectfully requests the Court extend its time to respond to the Complaint until August 6, 2008. This is the Government's first request for an extension of

*Application granted*
*SO ORDERED*
*USDJ*
*7-24-08*

time to respond to the Complaint. Plaintiff's counsel consents to the requested extension.

                    Respectfully,

                    MICHAEL J. GARCIA
                    United States Attorney

By: _____
     ROSS E. MORRISON
     Assistant United States Attorney
     Tel: (212)637-2691

(Via Facsimile (212) 607-3300)
cc:     Daniel J. Freeman, Esq.
        New York Civil Liberties Union
        125 Broad Street   19th Floor
        New York, New York 10004