UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEW YORK CIVIL LIBERTIES UNION, | ) | |
| | ) | |
| Plaintiff, | ) | Notice of |
| | ) | Appearance |
| v. | ) | |
| | ) | 08 Civ. 5674 (PKC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | ECF Case |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF MATTHEW FAIELLA**

The undersigned attorney, lead counsel for plaintiff New York Civil Liberties Union, respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
August 5, 2008

Respectfully Submitted,

By:   s/ Matthew Faiella
MATTHEW FAIELLA (MF-9423)
New York Civil Liberties Union
125 Broad St. 19th Floor
New York, New York 10004
Telephone: (212) 607-3344